■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE J. ERWIN, Appellant. [749 NYS2d 159] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered April 12, 1999, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing an indeterminate sentence of 5 to 10 years imprisonment and a civil forfeiture, inter alia, in the amount of $332.

Ordered that the judgment is modified, on the law, by vacating the sentence imposed thereon; as so modified, the judgment is affirmed, and the matter is remitted to the County Court, Dutchess County, for further proceedings consistent herewith.

The plea minutes do not indicate that the defendant agreed to the payment of a civil forfeiture as a condition of the agreed-upon sentence. Accordingly, at sentencing, the defendant should have been given an opportunity either to withdraw his plea or to agree to pay the civil forfeiture in addition to a prison sentence (*see People v Cisco,* 208 AD2d 643; *cf. People v Ford,* 246 AD2d 665, 666; *People v Concepcion,* 188 AD2d 483). Florio, J.P., O'Brien, Friedmann, Adams and Crane, JJ., concur.